In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-474 CR


NO. 09-06-475 CR


NO. 09-06-476 CR


____________________



ANGRID TAIJUAN ALLEN-ZACHARY, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 93212, 94065, and 94361






 MEMORANDUM OPINION 


 Angrid Taijuan Allen-Zachary filed a motion in the Court of Appeals to withdraw
her appeals. See Tex. R. App. P. 42.2. She and her attorney of record signed the request
to dismiss the appeals. No opinion has issued in these appeals. The motion is granted,
and the appeals are therefore dismissed.

 APPEALS DISMISSED.

 ____________________________

 HOLLIS HORTON

 Justice 

Opinion Delivered March 21, 2007 

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.